◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE W. NEWTON, Appellant.—Judgment unanimously affirmed. Memorandum: Under all of the circumstances, the remark of the complaining witness that she had known that defendant had killed his brother was not so prejudicial as to require a mistrial. This remark was not in response to any question by the prosecutor and the court promptly directed

that it be stricken from the record and gave a strong curative instruction in its charge. Further, there was strong evidence of defendant's guilt. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—attempted rape, second degree.) Present—Doerr, J. P., Denman, Boomer, Green and Balio, JJ.